

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2020

No. 04-20-00086-CV

**IN RE LMDJ, ET AL.**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00216
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of her right to file her own brief and provided appellant with a form motion for requesting the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *In re R.R.,* No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (mem. op.) (applying *Anders* procedure in appeal from termination of parental rights). The State has filed a letter waiving its right to file an appellee's brief unless the appellant files a pro se brief.

If the appellant desires to request the appellate record, she must file the motion requesting the record within ten (10) days from the date of this order. If appellant desires to file a pro se brief, she must do so within twenty (20) days from the date of this order. If appellant files a pro se brief, the State may file a responsive brief no later than twenty (20) days after the date appellant's pro se brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2020.



Michael A. Cruz,
Clerk of Court